# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY RAYMOND SOUSA,<br><br>    Petitioner,<br><br>  v.<br><br>THE SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES,<br><br>    Respondent. | Case No. CV 16-7069-JAK (KK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

  IT IS THEREFORE ORDERED that Judgment be entered (1) denying the Petition for a Writ of Habeas Corpus; and (2) dismissing this action without prejudice.

Dated: May 25, 2017

                 _____
                 HONORABLE JOHN A. KRONSTADT
                 United States District Judge