JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY RAYMOND SOUSA,<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>THE SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES,<br><br>　　　　　　　Respondent. | Case No. CV 16-7069-JAK (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: May 25, 2017

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　United States District Judge